UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SELECT REHABILITATION, LLC,**

      **Plaintiff,**

v.                             Case No.  6:23-cv-1180-CEM-RMN

**SOLARIS HEALTHCARE DAYTONA, LLC,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal (Doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record